No. 317. BENZIAN *v.* GODWIN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

*David Mackay* and *Sidney A. Diamond* for petitioner. *Solicitor General Perlman* for respondents.